**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Calvin Watty DRIVER, Defendant–Appellant.**

No. 15–6607.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Calvin Watty Driver, Appellant Pro Se. Donald David Gast, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina; William Michael Miller, Jennifer A. Youngs, Assistant Unit-

ed States Attorneys, Charlotte, North Carolina, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Watty Driver appeals the district court's order denying his motion for leave to file a § 2255 motion as timely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Driver*, No. 2:05–cr–00217–GCM–DLH–1 (W.D.N.C. Apr. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*